799 A.2d 1287

IN THE MATTER OF STEPHEN M. HILTEBRAND,
AN ATTORNEY AT LAW.

June 24, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB–01–294, concluding that **STEPHEN M. HIL-TEBRAND** of **CHERRY HILL,** who was admitted to the bar of

this State in 1978, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.4(b) (failure to explain status of matter to client to extent necessary to permit client to make an informed decision), *RPC* 1.5(b) (failure to provide written fee agreement), *RPC* 1.16(a)(2) (physical or mental condition materially impairing attorney's ability to represent client), *RPC* 3.2 (failure to expedite litigation), *RPC* 3.4(c) (failure to make reasonably diligent efforts to comply with discovery requests), *RPC* 8.1(a) (false statement of material fact in connection with disciplinary matter), *RPC* 8.1(b) (failure to disclose fact necessary to correct a misapprehension in a disciplinary matter), and *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having further concluded that respondent should be required to practice under supervision for a period of one year;

And good cause appearing;

It is ORDERED that **STEPHEN M. HILTEBRAND** is hereby reprimanded; and it is further

ORDERED that respondent practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.